| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Wayne E Wharton II** | Social Security number or ITIN  **xxx–xx–9301** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Chenoa A Wharton** | Social Security number or ITIN  **xxx–xx–6193** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of New Jersey** | | |
| Case number:  **11–45579–MBK** | | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wayne E Wharton II                                         Chenoa A Wharton

<u>8/4/16</u>                                                       **By the court:**   <u>Michael B. Kaplan</u>
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 11-45579-MBK
Wayne E Wharton, II
Chenoa A Wharton                                                    Chapter 13
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 3             Date Rcvd: Aug 04, 2016
                               Form ID: 3180W           Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2016.
```
db/jdb         +Wayne E Wharton, II,    Chenoa A Wharton,    17 Hockamick Road,    Cookstown, NJ 08511-1010
cr             +Alliance One Receivables Management, Inc.,    6565 Kimball Dr,    Ste 200,
                 Gig Harbor, WA 98335-1206
cr             +Caliber Home Loans, Inc.,Servicer For LSF8 Master,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
512614029      +Alliance One,    6565 Kimball Dr,    Gig Harbor, WA 98335-1200
512893054      +Alliceone Receivables,    Management, Inc.,    P.O. Box 2449,    GIG Harbor, WA 98335-4449
514645271      +CALIBER HOME LOANS,INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY,OKLAHOMA 73134-2500
514645272      +CALIBER HOME LOANS,INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY,OKLAHOMA 73134,
                 CALIBER HOME LOANS,INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY,OKLAHOMA 73134-2500
515541296      +DLJ Mortgage Capital, Inc.,    Serviced by Select Portfolio Servicing,,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
515541297      +DLJ Mortgage Capital, Inc.,    Serviced by Select Portfolio Servicing,,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412,    DLJ Mortgage Capital, Inc.,
                 Serviced by Select Portfolio Servicing,
512614034      +Diagnostic Imaging Of South Jersey,    P.O. Box 8500,    Philadelphia, PA 19178-8500
512614036       Emrg Phy Assoc Of S. Jersey, PC,    P.O. Box 740021,    Cincinnati, OH 45274-0021
514880197      +LSF8 MASTER PARTICIPATION TRUST, BY CALIBER et.al.,    Caliber Home Loans, Inc.,
                 P.O. Box 24330 OKC,    Oklahoma City, OK 73124-0330
512614042      +Lourdes Medical Associates,    P.O. Box 9367,    Belfast, ME 04915-9367
512614043      +Lourdes Medical Center Of Burl Co,    P.O. Box 822112,    Philadelphia, PA 19182-2112
512614046      +OneMain Financial,    P.O. Box 499,    Hanover, MD 21076-0499
512614045     #+OneMain Financial,    P.O. Box 183172,    Columbus, OH 43218-3172
512614049     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,     Nj Division Of Taxation,    P.O. Box 190,
                 Trenton, NJ  08695-0190)
512872073      +State of New Jersey,    Divsion of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
512614051      +The Brace Place,    Bart A. Chase, Esq,    P.O. Box 871,    Summit, NJ 07902-0871
512614054       West Asset Management, Inc.,    Credit One Bank, N.A.,    P.O. Box 790113,
                 St. Louis, MO 63179-0113
515793763       Wilmington Savings Fund Society, FSB,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2016 22:44:04     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2016 22:44:02     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: jgoley@leadersfc.com Aug 04 2016 22:43:54     Leaders Financial Co.,
                 21 Commerce Drive,    Cranford, NJ 07016-3519
512614028       EDI: AFNIRECOVERY.COM Aug 04 2016 22:28:00      Afni, Inc.,    Verizon New Jersey Inc.,
                 404 Brock Drive P.O. Box 3427,    Bloomington, IL 61702-3427
512614033       E-mail/Text: bankruptcy@cavps.com Aug 04 2016 22:44:16     Cavalry Portfolio Services, LLC,
                 Hsbc Bank/Orchard Bank,    P.O. Box 1017,    Hawthorne, NY 10532
512614032      +E-mail/Text: clientrep@capitalcollects.com Aug 04 2016 22:45:05     Capital Collection Service,
                 Lourdes Medical Center Of Burl Co,    P.O. Box 150,    West Berlin, NJ 08091-0150
512614031      +E-mail/Text: clientrep@capitalcollects.com Aug 04 2016 22:45:05     Capital Collection Service,
                 Lourdes Medical Center,    P.O. Box 150,    West Berlin, NJ 08091-0150
512767040      +E-mail/Text: bankruptcy@cavps.com Aug 04 2016 22:44:16     Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive, Suite 400,    Valhalla, New York 10595-2322
512614035      +EDI: DISCOVER.COM Aug 04 2016 22:28:00      Discover Fin Svcs LLC,    P.O. Box 15316,
                 Wilmington, DE 19850-5316
512748313       EDI: RECOVERYCORP.COM Aug 04 2016 22:28:00      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
512614037      +EDI: AMINFOFP.COM Aug 04 2016 22:28:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
513539409       EDI: RECOVERYCORP.COM Aug 04 2016 22:28:00      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
512614038      +EDI: HFC.COM Aug 04 2016 22:28:00      HFC,   P.O. Box 5233,    Carol Stream, IL 60197-5233
512937121      +EDI: HFC.COM Aug 04 2016 22:28:00      HSBC Mortgage Services, Inc.,    Bankruptcy Department,
                 636 Grand Regency Road,    Brandon, FL 33510-3942
512614039      +EDI: HFC.COM Aug 04 2016 22:28:00      Hsbc Card Services,    P.O. Box 17051,
                 Baltimore, MD 21297-1051
512614040      +EDI: IRS.COM Aug 04 2016 22:28:00      Internal Revenue Service,    P.O. Box 37004,
                 Hartford, CT 06176-7004
512614044      +EDI: RESURGENT.COM Aug 04 2016 22:28:00      LVNV Funding LLC,    P.O. Box 740281,
                 Houston, TX 77274-0281
512924203       EDI: RESURGENT.COM Aug 04 2016 22:28:00      LVNV Funding LLC its successors and assigns as,
                 assignee of OneMain Financial, Inc,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
```

```
District/off: 0312-3          User: admin               Page 2 of 3                   Date Rcvd: Aug 04, 2016
                              Form ID: 3180W            Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
512614041        +E-mail/Text: jgoley@leadersfc.com Aug 04 2016 22:43:53     Leaders Financial Co.,
                  21 Commerce Drive, Fl 1,    Cranford, NJ 07016-3519
513861150         EDI: AIS.COM Aug 04 2016 22:28:00      Midland Funding LLC,   by American InfoSource LP as agent,
                  Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457,    Midland Funding LLC
513861149         EDI: AIS.COM Aug 04 2016 22:28:00      Midland Funding LLC,   by American InfoSource LP as agent,
                  Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
513574710         EDI: AIS.COM Aug 04 2016 22:28:00      Midland Funding LLC,   by American InfoSource LP as agent,
                  PO Box 4457,    Houston, TX  77210-4457
513606223        +E-mail/Text: bknotice@ncmllc.com Aug 04 2016 22:44:09      National Capital Management, LLC.,
                  8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
512743322         EDI: RECOVERYCORP.COM Aug 04 2016 22:28:00      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
512614047        +EDI: DRIV.COM Aug 04 2016 22:28:00      Santander,    P.O. Box 961245,    Ft Worth, TX 76161-0244
512664224         EDI: DRIV.COM Aug 04 2016 22:28:00      Santander Consumer USA,    P.O. Box 560284,
                  Dallas, TX 75356-0284
512614048        +EDI: SWCR.COM Aug 04 2016 22:28:00      Southwest Credit,    AT&T Mobility,
                  4120 International Pkwy, Suite 1100,    Carrollton, TX 75007-1958
512614050        +EDI: TDBANKNORTH.COM Aug 04 2016 22:28:00      Td Bank Na,    32 Chesnut St,
                  Lewiston, ME 04240-7799
512878748         EDI: VERIZONEAST.COM Aug 04 2016 22:28:00      VERIZON,    PO BOX 3037,
                  BLOOMINGTON, IL  61702-3037
512878750         EDI: VERIZONWIRE.COM Aug 04 2016 22:28:00      VERIZON WIRELESS,    PO BOX 3397,
                  BLOOMINGTON, IL 61702-3397
512614053        +EDI: VERIZONWIRE.COM Aug 04 2016 22:28:00      Verizon Wireless,    P.O. Box 25505,
                  Lehigh Valley, PA 18002-5505
                                                                                               TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512614030     ##+Apex Asset Management,    1891 Santa Barbara Dr Ste 204,    Lancaster, PA 17601-4106
512614052     ##+Total Gym Fitness,    Payment Processing,    1230 American Blvd,    West Chester, PA 19380-4264
                                                                                            TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2016 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor   Caliber Home Loans, Inc.,Servicer For LSF8 Master
               Participation Trust, By Caliber Home Loans, Ins., Solely In Its Capacity As Servicer
               nj.bkecf@fedphe.com
              Andrew M. Lubin    on behalf of Creditor   Wilmington Savings Fund Society, FSB
               bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              John R. Morton, Jr.   on behalf of Creditor   Leaders Financial Co. mortonlaw.bcraig@verizon.net,
               donnal@mortoncraig.com;mhazlett@mortoncraig.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Aug 04, 2016
                              Form ID: 3180W           Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Joshua I. Goldman    on behalf of Creditor    Caliber Home Loans, Inc.,Servicer For LSF8 Master Participation Trust, By Caliber Home Loans, Ins., Solely In Its Capacity As Servicer jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Matthew C. Waldt    on behalf of Creditor    Wilmington Savings Fund Society, FSB mwaldt@milsteadlaw.com
        Stephanie  Shreter    on behalf of Joint Debtor Chenoa A Wharton shreterecf@comcast.net
        Stephanie  Shreter    on behalf of Debtor Wayne E Wharton, II shreterecf@comcast.net
                                                                                                                                  TOTAL: 10